UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HECTOR N. DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF<br>GONZAGA UNIVERSITY,<br><br>Defendant. | CASE NO. 18-mc-00015-RAJ<br><br>ORDER ON REVIEW OF MOTION<br>TO RECUSE |

On February 13, 2018, Plaintiff Hector N. Dominguez filed a Motion to Recuse the Honorable Richard A. Jones in this matter. Dkt. #7. On March 1, 2018, Judge Jones issued an Order declining to recuse himself and, in accordance with this Court's Local Rules, referred that decision to the Chief Judge for review. Dkt. #20; LCR 3(e).

A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned." 28 U.S.C. § 455(a). Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(b)(1). Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse

party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding."

Mr. Dominguez' Motion to Recuse essentially argues that Judge Jones should recuse himself solely because he accepted an honorary degree from Gonzaga University in 2010, and because a motion has been filed "seeking the email communications of the individuals who could have taken part in bestowing his Honorary degree in a legal suit. . ." Dkt. #7. Mr. Dominguez does not cite to any other specific evidence about Judge Jones' relationship with Gonzaga University or other individuals or entities involved in this action.

The Court agrees with Judge Jones that Mr. Dominguez's motion is based on speculation, and that there is no objective basis on which a reasonable person might question Judge Jones' impartiality. Accordingly, the Court hereby finds and ORDERS that Judge Jones' refusal to recuse himself from this matter is AFFIRMED. The Clerk shall provide a copy of this Order to Mr. Dominguez.

DATED this 12th day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE