The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HECTOR N. DOMINGUEZ,<br><br>                      Plaintiff,<br><br>v.<br><br>THE CORPORATION OF GONZAGA UNIVERSITY,<br><br>                      Defendant. | Case No. 2:18-mc-00015-RAJ<br><br>**ORDER GRANTING NONPARTY MICROSOFT'S MOTION TO DENY PLAINTIFF'S MOTION TO COMPEL AS MOOT AND TERMINATE PROCEEDINGS** |

This matter comes before the Court on Nonparty Microsoft Corporation's Motion to Deny Plaintiff's Motion to Compel as Moot and Terminate Proceedings ("Motion"). The Court, having considered the Motion, all papers filed in support of and in opposition to the Motion, all pleadings and papers on file in this action, and applicable law, hereby ORDERS that

    1.    Microsoft's Motion is GRANTED;

    2.    Plaintiff's Motion to Compel (Dkt. #1) is DENIED as moot;

    3.    This case is closed; and

4. The clerk is directed to take action consistent with this Order.

IT IS SO ORDERED.

DATED this 8th of June, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING NONPARTY MICROSOFT'S MOTION
TO DENY PLAINTIFF'S MOTION TO COMPEL AS MOOT
AND TERMINATE PROCEEDINGS - (2:18-MC-00015-RAJ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

56865079.v1